IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-10628
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GONZALO ARMANDO DIAZ,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:98-CR-228-1-Y
- - - - - - - - - -

December 15, 1999

Before JOLLY, HIGGINBOTHAM, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Gonzalo Armando Diaz pleaded guilty to conspiracy to possess
with intent to distribute more than five kilograms of cocaine.
He appeals his sentence arguing that his two prior convictions
for driving while intoxicated should not have been counted
towards his criminal history score and that he therefore should
have been granted a safety-valve adjustment pursuant to U.S.S.G.
§§ 2D1.1(b)(6) and 5C1.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Diaz's argument regarding his prior convictions primarily consists of his request for this court to depart from the Supreme Court's holding in <u>Nichols v. United States</u>, 511 U.S. 738, 746-48 (1994). The holding in <u>Nichols</u> is not relevant to the facts of this case. Furthermore, if it were relevant, we could not depart from Supreme Court precedent. We warn his court-appointed counsel, R. Sam Pestinger, that pursuing frivolous appeals invites sanctions. <u>See</u> <u>United States v. Burleson</u>, 22 F.3d 93, 95 (5th Cir. 1994).

Accordingly, this appeal is DISMISSED AS FRIVOLOUS. <u>See</u> 5TH CIR. R. 42.2.